IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRANCE GLADDEN o/b/o<br>DELSIA B. HYMAN-SELF (Deceased), | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 17-1832 |
| NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security, | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 28th day of February, 2018, upon consideration of Plaintiff Terrance Gladden's Brief and Statement of Issues in Support of Request for Review, the Commissioner of Social Security's Response thereto and of the administrative record, it is ORDERED that:

1. The Request for Review is DENIED;

2. Judgment is entered affirming the decision of the Commissioner of Social Security; and

3. The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE